This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JP MORGAN CHASE BANK,**

Plaintiff-Appellee,

**v.**                                                              **No. 35,019**

**M. DORA LEE ORTIZ,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Francis J. Mathew, District Judge**

Rose L. Brand & Associates PC
Latisha K. Frederick
Albuquerque, NM

for Appellee

M. Dora Lee Ortiz
Tesuque, NM

Pro so Appellant

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

{1}    Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}    Affirmed.

{3}    **IT IS SO ORDERED.**


_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**


_____
**LINDA M. VANZI, Judge**


_____
**TIMOTHY L. GARCIA, Judge**